# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-06630 |
| | ) | |
| Yang Shao, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## SCHEDULING ORDER

This matter coming before the Court on Customer Bank's Objection to Debtor's Motion for Interim Order Permitting Debtor to Use of Cash Collateral (Docket No. 29),

IT IS HEREBY ORDERED THAT:

1. The Debtor's response is due to be filed on or before July 5, 2023.
2. Customer Bank's reply is due to be filed on or before July 11, 2023.

DATED: June 21, 2023

ENTER:

*/s/ Janet S. Baer*

_____
Honorable Janet S. Baer
United States Bankruptcy Judge