Form G5 (20200713_bkd)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 23-06630 |
| | ) | |
| Yang Shao, | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS

This matter coming before the Court on the Debtor's oral motion for entry of an order to voluntarily dismiss that was made during the hearing held on July 20, 2023, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned case is dismissed.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 20, 2023

**Prepared by:**
Chambers of the Honorable Janet S. Baer